IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LINDA NELSON, | ) | 8:18CV88 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| THE COUNTY OF MADISON, NEBRASKA, | ) | |
| Defendant. | ) | |

Plaintiff filed her Complaint in this matter on February 23, 2018, while she was incarcerated in the Madison County Jail. The court granted her leave to proceed in forma pauperis on March 8, 2018, also while she was incarcerated. On May 18, 2018, a Memorandum and Order mailed to Plaintiff at the Madison County Jail was returned to the court as undeliverable, and was resent to a street address in Norfolk, Nebraska. (*See* Filing No. 14.)

Because it appears Plaintiff is no longer incarcerated, she must now file a new application for leave to proceed in forma pauperis if she wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $400.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The clerk of the court is directed to set a pro se case management deadline with the following text: July 19, 2018: deadline for Plaintiff to file new IFP application or pay filing fee.

DATED this 19th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge